# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey J Doering, I, | No. CV-20-00404-PHX-SMB (CDB) |
| Plaintiff, | **ORDER** |
| v. | |
| Mark Lamb, et al., | |
| Defendants. | |

United States Magistrate Judge Camille Bibles has issued a report and recommendation ("R&R") recommending that Plaintiff's motion at Doc. 152 be denied (Doc. 164). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 3-4) (citing Rule 72, Federal Rules of Civil Procedure) Plaintiff filed an objection (Doc. 165). Defendants Aguirre, D'Amico, Edwards, Gallo, Lamb and Lockhart filed a response to the objections (Doc. 169), and Defendant Dowd joined in Defendants' response (Doc. 170). Plaintiff makes three objections:

a. Plaintiff objects to Magistrate's finding that Sheriff Lamb used reasonable efforts and finding that Sheriff Lamb used complied with this Court's May 22, 2020 order;
b. Plaintiff objects to the Magistrate's findings that Plaintiff should not be granted to leave to amend its pleading after the deadline set forth in the scheduling order, pursuant to Rule 16; and
c. Plaintiff objects to Magistrate's finding that Plaintiff's claims for filing an amended complaint do not satisfy the elements required in Rule 15(a).

1    The Court has considered the objections and reviewed the Report and
2 Recommendation de novo. See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that
3 the court must make a de novo determination of those portions of the Report and
4 Recommendation to which specific objections are made). The Court agrees with the
5 Magistrate Judge's determinations, accepts the recommended decision within the meaning
6 of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. See 28 U.S.C. §
7 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part,
8 the findings or recommendations made by the magistrate").

    **IT IS THEREFORE ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 164) is accepted.

    **IT IS FURTHER ORDERED** denying Plaintiff's Motion for Leave to Amend and Plaintiff's Motion for Extension of All Discovery Deadlines and Plaintiff's Motion for Sanctions (Doc. 152).

    Dated this 14th day of July, 2022.

Honorable Susan M. Brnovich
United States District Judge